

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George W. Cox
State Health Officer
Texas State Board of Health
Austin, Texas

Attention:  P. A. Kirby

Dear Sir:

Opinion No. O-4653
Re:  Authority of State Department of Health to administer a central pooling system for the purchase of supplies for the Texas and New Mexico Health Departments.

We have your letter of June 17, 1942, submitting the following question for an opinion from this department:

Can the Texas State Department of Health administer a central pooling system to purchase supplies for the Texas and New Mexico Health Departments; buy such supplies independent of the State Board of Control; maintain this fund in an Austin Bank and deposit and draw funds on the signature of a person designated by the State Health Officer for payment for supplies purchased?

From the materials accompanying your letter, it appears that the funds to be handled are funds granted by the Federal Government; that the proposed "district materials pool" for the procurement of basic educational materials has three major objectives; (a)  reduction of costs of such materials by permitting bulk orders; (b) simplifying and speeding up procurement procedures, especially with the Government Printing Office; and (c) making available individualized materials with specific State imprints.  Within the District, a trustee state is selected by the Federal agencies; the allotment of the trustee state in the District

Honorable George W. Cox, Page 2

is increased by the total of the several state credits; this trustee state is to be trustee of the funds and must agree to submit a quarterly accounting to the District office and the several states involved. In addition, the trustee state must be one that has no laws limiting its purchase of printed or other materials from out of state sources, and whose purchasing regulations are such that advance-payment or C.O.D. orders can be handled.

The authority of your Department to accept and extend Federal funds is found in Section 2, Subsection 10, of the Current Appropriation Bill, Senate Bill 423, Acts Regular Session, 47th Legislature, which provides:

"United States Funds and Aid. The proper officer or officers of any State Departments, bureaus, or divisions of State agencies are hereby authorized to make application for and accept any gifts, grants, or allotments or funds from the United States Government to be used on State cooperative and other Federal projects and programs in Texas, including construction of public buildings, repairs, and improvements. Any of such Federal funds as may be deposited in the State Treasury are hereby appropriated to the specific purpose authorized by the Federal Government, and subject to the limitation placed on this Act."

It is a familiar principle of law, requiring no citation of authority, that public officers and agencies have only such powers as are conferred upon them by law. We find no provision of law authorizing the State Department of Health, expressly or by implication, to accept and administer Federal funds for the benefit of another state or states. It follows that the State Department of Public Health of the State of Texas cannot administer a central pooling system to purchase, with funds provided by the United States Government, supplies for both the Texas and New Mexico Health Departments.

In view of our answer to your main question, no answers to your subsidiary inquiries are necessary.

Honorable George V. Cox, Page 3

     The materials enclosed with your letter of inquiry are returned to you herewith.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED JUN 23 1942

FIRST ASSISTANT
ATTORNEY GENERAL

By

Richard W. Fairchild
Assistant

RWF:mp
Encl.



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN